**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHARLES MULLINS, JR**                                                                          **PLAINTIFF**

**v.**                                              **1:05CV00073-WRW**

**CITY OF SALEM, ARKANSAS, *et al*.**                                              **DEFENDANTS**

## ORDER

Plaintiff's Motion to Dismiss Certain Defendants (Doc. No. 33) is GRANTED.

Accordingly, Defendants City of Salem, Arkansas, Albert Roork, Jim Bicker, David

Cunningham, Doug Cunningham, Walter Dellinger, Lynn Guffey, Jack Haney, Jimmy Marler,

Cris Newberry, Gary Lee Phillips, Marjorie A. Rogers, Michael Roork, Robert L. Russell, Jerry

Smith, Curran Everett, Walter Dillinger, Lloyd Martz, Joann Cunningham, Barbara Passman,

and John and Jane Does I-XVI are DISMISSED.

IT IS SO ORDERED this 23rd day of April, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE